# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 12-6533 |
| | : | |
| MARK KAPLAN, | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this   20th   day of August, 2013, upon careful consideration of the defendant's motion to dismiss (Document #10), and the plaintiff's response thereto (Document #11), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety with prejudice.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.